EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Luis D. Méndez Cordero | 2023 TSPR 72<br><br>212 DPR ___ |
|---|---|

Número del Caso: TS-17,061

Fecha: 30 de mayo de 2023

Abogada del peticionario:

      Lcda. Daisy Calcaño López

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Luis D. Méndez Cordero          TS-17,061

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de mayo de 2023.

Examinada la *Moci[ó]n solicitando reinstalación al ejercicio de la abogacía* que presentó el Sr. Luis D. Méndez Cordero, se declara ha lugar. Se autoriza su reinstalación al ejercicio de la abogacía únicamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo